# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **CRIMINAL ACTION NO. 08-00316-KD** |
| | ) | |
| **CHRISTOPHER ADALIKWU,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pursuant to the Order of the Court of Appeals for the Eleventh Circuit granting the parties' joint motion to vacate Christopher Adalikwu's conviction and sentence for aggravated identity theft, (doc. 49), the defendant is hereby released from custody of the United States Marshal Service.

**DONE** and **ORDERED** this the 8th day of July, 2009.

> s / Kristi K. DuBose
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**